GRO-UP FROCKS, INC., Appellant, v. PLANET INSURANCE COMPANY et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [Order denied plaintiff's application for order vacating letter notices, etc., served by defendants on plaintiff.]

GRO-UP FROCKS, INC., Appellant, v. PLANET INSURANCE COMPANY et al., Respondents.— Order unanimously modified so as to allow examination on items 4, 16, 28, 39, 40, 51, 52, 63 and 64, upon the ground that the items so allowed are material and necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Estate of SAMUEL G. BUCHALTER, Deceased. GERTRUDE BUCHALTER, as Administratrix of the Estate of SAMUEL G. BUCHALTER, Deceased, Respondent; ESTHER SIDERMAN, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted unless the petitioner serves a proper bill within ten days after service of a copy of this order with notice of entry thereof. No opinion. The bill of particulars served is insufficient. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

JACOB MILLER, Respondent, v. FRANK CATANIA, as President of Joint Board of Shirt, Leisurewear, Glove and Rainwear Workers' Union, Appellant.— Order, so far as appealed from, unanimously modified so as to allow examination on items 1 to 8 inclusive, and, as so modified, affirmed, with $20 costs and disbursements to the appellant. The items allowed are material and necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MONARCH RADIO & TELEVISION CORP. et al., Defendants, and CHARLES GREENHAUS et al., Respondents.— Order unanimously affirmed. The date for the discovery and inspection to proceed shall be fixed in the order. Settle order on notice. Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. In affirming we do not pass on whether in a Martin Act (General Business Law, § 352 *et seq.*) proceeding defendants are entitled to particulars or discoveries in the same degree as in private litigation. On the pleadings in this action and the affidavits, we do not find basis for limitation. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

JASON KOKINATOS, Respondent, v. SPYRIDON PARAMYTHIOTIS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.